IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,　　　　　) ) ) | |
| Plaintiffs,　　　　　　　　　) ) | |
| v.　　　　　　　　　　　　) ) | C.A. No. 25-09 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,　　　　　　　　　) ) ) ) | |
| Defendants.　　　　　) | |
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,　　　　　) ) ) | |
| Plaintiffs,　　　　　　　　　) ) | |
| v.　　　　　　　　　　　　) ) | C.A. No. 25-57 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,　　　　　　　　　) ) ) ) | |
| Defendants.　　　　　) | |
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,　　　　　) ) ) | |
| Plaintiffs,　　　　　　　　　) ) | |
| v.　　　　　　　　　　　　) ) | C.A. No. 25-221 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,　　　　　　　　　) ) ) ) | |
| Defendants.　　　　　) | |

|  |  |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-435 (GBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendants certifies the following: Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited are subsidiaries of Jazz Pharmaceuticals plc, which is a publicly traded company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*

May 22, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on May 22, 2025, upon the following in the manner indicated:

Daniel M. Silver, Esquire                                                     *VIA ELECTRONIC MAIL*
Alexandra M. Joyce, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Kenneth G. Schuler, Esquire                                             *VIA ELECTRONIC MAIL*
Marc N. Zubick, Esquire
Alex Grabowski, Esquire
Manuela Burek, Esquire
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
*Attorneys for Plaintiffs*

Herman H. Yue, Esquire                                                    *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
*Attorneys for Plaintiffs*

Kelly A. Welsh, Esquire                                                      *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
*Attorneys for Plaintiffs*

Daralyn J. Durie, Esquire                                                   *VIA ELECTRONIC MAIL*
Adam R. Brausa, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
*Attorneys for Plaintiffs*

2

Kira A. Davis, Esquire                                    *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Plaintiffs*


                                        */s/ Cameron P. Clark*

                                        _____
                                        Cameron P. Clark (#6647)